IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2009 JUL 23  AM 11 35
_____
DEPUTY CLERK

NICKOLAS VAN NESS HOPE,

    Plaintiff,

vs.

BRUCE SHIVERS; SANDRA FISHER;
MITCHELL COUNTY CORRECTIONAL
INSTITUTION; and MITCHELL
COUNTY COMMISSION,

    Defendants.

CASE NO.: 1:08-CV-111 (WLS)

## ORDER

Before the Court is a Report and Recommendation from the United States Magistrate Judge Richard L. Hodge (Doc. #4), filed August 7, 2008. It is recommended that Bruce Shivers, the Mitchell County Correctional Institute and the Mitchell County Commission be dismissed from the captioned action. Plaintiff filed his written objection (Doc. #7).

In his objection, Plaintiff contends that Bruce Shivers should not be dismissed from the action. Plaintiff essentially argues that Shivers was the responsible official who assigned Defendant Fisher the duty to scan the mail. As clearly found by the Magistrate Judge, Plaintiff asserts Shivers is liable on a theory of *respondeat superior*. As also stated, Shivers cannot be held liable on that ground.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation should be, and hereby is, **ACCEPTED AND ADOPTED** and made the order of this Court for reason of the findings made and reasons stated therein, together with the findings and reasons set out herein.

Accordingly, Defendants Shivers, the Mitchell County Correctional Institute and the Mitchell County Commission are **DISMISSED** from the captioned case.

**SO ORDERED**, this 22nd day of **July, 2009.**

_/s/ W. Louis Sands_
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**