```
                                                              FILED
                                                       U.S. DISTRICT COURT
                                                         MIDDLE GEORGIA
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA    2009 AUG 28  AM 10 21
                     ALBANY DIVISION
                                                      /s/ B. Littles
                                                       DEPUTY CLERK
```

NICKOLAS VAN NESS HOPE,                :

    Plaintiff,                              :

v.                                     :    1:08-CV-111 (WLS)

BRUCE SHIVERS, *et al.*,               :

    Defendants.                            :

### ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed May 20, 2009. (Doc. 23). It is recommended that Defendant Sandra Fisher's Motion for Summary Judgment (Doc. 21) be **GRANTED**. No objection has been filed to date.[1]

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 23) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion for Summary Judgment (Doc. 21) is hereby **GRANTED**.

SO ORDERED, this 27th day of August, 2009.

                                          /s/ W. Louis Sands
                                          THE HONORABLE W. LOUIS SANDS,
                                          UNITED STATES DISTRICT COURT

---

[1] Plaintiff also failed to respond to Defendant's Motion for Summary Judgment.

1